U.S. District Court for the Seventh Circuit

U.S.
vs.
John Veysey

Date: January 1st 2014

This is to notify the court that John Thomas Veysey, III is appealing the decision of the court in the issue of his 2241 that was before this court.

*John Thomas Veysey III* (signature)
John Thomas Veysey, III   /10507-424

DOC NO REC'D/FILED
2014 JAN -7 AM 10:46
PETER OPPENEER
CLERK US DIST COURT
WD OF WI