IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN T. VEYSEY, III,

          Petitioner,                      ORDER

     v.                                      13-cv-330-wmc

ROBERT WERLINGER, Warden,

          Respondent.

---

On December 19, 2013, this court dismissed the habeas corpus petition filed by federal prisoner John T. Veysey III. It did so after concluding that it lacked jurisdiction under 28 U.S.C. § 2241 to consider his proposed challenge to a conviction from the United States District Court for the Northern District of Illinois. Veysey has now filed a notice of appeal. To date, however, he has neither paid the appellate docketing fee ($505.00) nor requested leave to proceed without prepayment of the applicable fee. For his appeal to proceed, Veysey must do one or the other.

ORDER

IT IS ORDERED that, within **twenty (20) days**, petitioner John T. Veysey III shall either (1) pay the $505.00 appellate docketing fee; or (2) submit a motion for leave to proceed *in forma pauperis*, together with a certified copy of his inmate trust fund account statement, in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of his appeal.

Entered this 10th day of January, 2014.

                              BY THE COURT:

                              /s/
                              PETER C. OPPENEER
                              Magistrate Judge